Bernhard Kornblith, appellee, v. Sidney H. Stone Co., appellant. Gen. No. 33,027.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929. Rehearing denied February 4, 1929.

M. M. Jacobs, for appellant. Morris K. Levinson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.


Walter E. Heller & Company, appellee, v. Lulu M. Jones, appellant. Gen. No. 33,036.

Heard in the first division of this court for the first district at the December term, 1928. Opinion filed January 21, 1929.

Morris, Cashin & Dickerson, for appellant. Mort D. & Frank Goldberg, for appellee; Mort D. Goldberg, of counsel.

Mr. Justice McSurely delivered the opinion of the court.


C. G. Haebick, appellee, v. Brunswick-Balke-Collender Company, Inc., appellant. Gen. No. 33,045.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

George D. Anthony, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.


L. E. Schmidt, appellant, v. Edward Byrnes and Mrs. George J. Byrnes, appellees. Gen. No. 33,066.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

J. J. Moser, for appellant. James J. O'Toole, for appellees.

Mr. Justice McSurely delivered the opinion of the court.


Bailey Samelow, appellee, v. Earl W. Thompson, appellant. Gen. No. 33,121.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Leonard L. Cowan, for appellant. John Prystalski, for appellee.

Mr. Justice McSurely delivered the opinion of the court.